1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

10   Dillan Jackson,

11                        Plaintiff,

12

13          vs.

14   Genesis Credit Management, LLC; and
     DOES 1-10, inclusive,
15

16                        Defendants.

17

Case No.: 2:20-cv-01509-RSM

**ORDER**

18
19          Having reviewed Plaintiff's Consent Motion to Extend the Dismissal Deadline,

20   the Court is of the opinion that the motion should be GRANTED. The deadline to

21   dismiss case is hereby extended to March 1, 2021.

          IT IS SO ORDERED.
22

23          Dated this 28th day of January, 2021.

24

25

26   _____
     RICARDO S. MARTINEZ
27   CHIEF UNITED STATES DISTRICT JUDGE

28